**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT**

FILED
USDC-VT
3/14/23

2:23-mc-40

| | |
|---|---|
| **In the Matter of:** | ) |
| | ) |
| **Appointment of David L. McColgin, Esq.** | ) |
| **as Federal Drug Court Panel Attorney** | ) |
| **for Rutland Federal Drug Court (RFDC)** | ) |

## ADMINISTRATIVE ORDER

The District of Vermont's Federal Drug Court (FDC) Interagency Agreement and Plan mandates that all financially eligible drug court participants be represented by the FDC's Panel Attorney, who shall represent all participants with respect to issues arising within the context of the FDC program. The FDC Panel Attorney is a full participant in meetings of the FDC team and also makes themselves available to consult privately with any participant, particularly on issues concerning potential violations and sanctions. Accordingly, it is

**ORDERED** that Attorney David L. McColgin is hereby appointed as the Rutland Federal Drug Court's Panel Attorney for all drug court participants who are financially eligible under the Criminal Justice Act.

The Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A, governs the appointment of counsel in criminal cases. The CJA provides that a "person for whom counsel is appointed shall be represented at every stage of the proceedings from his initial appearance before the United States magistrate judge or the court through appeal, including ancillary matters appropriate to the proceedings." 18 U.S.C. § 3006A(c). Accordingly, the Court finds that the RFDC Panel Attorney shall be eligible for compensation under the CJA for all representations of RFDC participants who have qualified for court appointed counsel under the Act.

Attorney McColgin's appointment is effective March 15, 2023.

Dated at Burlington, within the District of Vermont, this 14th day of March 2023.

_____
Geoffrey W. Crawford
Chief Judge